UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                 11 Cr. 709 (JGK)

REGINALD RANDOLPH,                ORDER

        Defendant.

JOHN G. KOELTL, District Judge:

    The Government should respond to the recent correspondence by defense counsel by September 7, 2012. In particular, the Government should advise what credit the Bureau of Prisons has afforded the defendant for time spent in the MCC and whether there is any time in the MCC that is not being credited to the defendant and which is not credited to his state court sentence.

SO ORDERED.

Dated:    New York, New York
           August 30, 2012

                                  John G. Koeltl
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/30/12